# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELISSA J. QUALLS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-09-922-M |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

On September 23, 2010, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of the Social Security Administration ("Commissioner"), denying plaintiff's application for disability insurance benefits. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by October 13, 2010. On October 4, 2010, plaintiff filed her objections, objecting to the Report and Recommendation in its entirety and making many of the same arguments she made in her prior briefs.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 23, 2010, and
(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 22nd day of October, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE